

LAW OFFICES OF THOMAS P. PUCCIO

230 PARK AVENUE

SUITE 301

NEW YORK, N.Y. 10169

———

TEL: 212-883-6383

FAX: 212-883-6388

E-MAIL: tpuccio@lotpp.com



May 5, 2008

**By Hand Delivery**

**MEMO ENDORSED**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

> **Re:**  ***United States of America v. Anthony Rumore***
> **No. 07-Cr-1167 (LTS)**

Dear Judge Swain:

I represent the defendant Anthony Rumore. I am currently scheduled to appear in Court in Miami, Florida on Thursday, May 8th for a hearing in a matter entitled *State v. Cutler*. I now believe there is a possibility that the matter may continue until Friday, May 9th which is the date set for a conference in the above captioned matter. Accordingly, it is requested that the conference be adjourned to a date that is convenient to the Court during the week of May 12th. I have contacted Assistant United States Attorney Michael Levy, who is available next week with the exception of the morning of Tuesday, May 13th. I am available any day next week with the exception of Friday May 16 when I will be representing the defendant in the matter of *United States v. Roy Victor* which is scheduled for a sentencing hearing on that day at the White Plains Courthouse.

Respectfully submitted,

Thomas P. Puccio

*The conference is adjourned to May 12, 2008, at 4:30 pm. Time is excluded from speedy trial computations through that date in light of the need for continuity of defense counsel.*

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

5/6/08

cc: Michael A. Levy
Assistant United States Attorney