

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2008

June 9, 2008

By Facsimile

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Rumore,
      07 Cr. 1167 (LTS)

Dear Judge Swain:

The Government, with the consent of the defendant, respectfully requests a 10-day extension of its time to respond to the defendant's motion to dismiss. The undersigned has been preparing for, and is now engaged in, a four-week trial before the Honorable Colleen McMahon in White Plains, New York. As a result, the undersigned has been unable to prepare the Government's response, which is due today.

With the consent of the defendant, the Government respectfully requests that the date for the Government's response be adjourned from June 9 to June 19, and that the date for the defendant's reply be correspondingly adjourned from June 23 to July 3. The Government requests that the conference currently scheduled for June 25, 2008 be adjourned until as soon after July 3, 2008 as is convenient for the Court.

*The request is granted. The conference is adjourned to July 10, 2008, at 4:00 pm.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Michael Levy
Michael A. Levy
Assistant United States Attorney
(212) 637-2346

SO ORDERED.
6/10/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Thomas Puccio, Esq.