UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED APR 30 2008 U.S.D.C. S.D.N.Y. CASHIERS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 07-Cr-1167 (LTS) |
| v. | |
| ANTHONY RUMORE | |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated April 30, 2008, the Defendant moves this Court for an order pursuant to Rule 12 of the Federal Rules of Criminal Procedure dismissing the indictment herein.

Dated: New York, New York
April 30, 2008

Respectfully submitted,

LAW OFFICES OF THOMAS P. PUCCIO

By: *Thomas P. Puccio*
Thomas P. Puccio (TPP-8403)
230 Park Avenue
Suite 301
New York, New York 10169
(212) 883-6383
Attorney for the Defendant